AO 108 (Rev. 01/09)  Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All funds in accts attached to debit card no. 4024112005670341 in name of Hernan Gastelum at Bank of Amer., 3505 E. Imperial Hwy, Lynwood, CA | ) ) ) ) )   Case No.  12-MC-0032 |

**APPLICATION FOR A WARRANT
TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE**

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the   Central   District of   California   is subject to forfeiture to the United States of America under   21   U.S.C. §   881   *(describe the property)*:

All funds in accts attached to debit card no. 4024112005670341 in name of Hernan Gastelum at Bank of Amer., 3505 E. Imperial Hwy, Lynwood, CA

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Patricia Nelson, IRS  Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state:  Denver, Colorado

*Printed name and title*