**Appendix H**

# INFORMATION REGARDING
# SPECIAL ASSIGNMENTS
# See  D.C.COLO.LCivR 40.1

Case number of action being filed: <u>12-MC-0032                                                                                    </u>

Case number of claimed related pending case in this court:<u> 12-sw-5104-BNB; 12-sw-5105-BNB;</u>
<u>12-sw-5108-BNB; 12-sw-5109-BNB; and 12-sw-5110-BNB                                                          </u>

Judge assigned to claimed related case:<u> Magistrate Judge Boyd N. Boland                          </u>

Type of action of claimed related case: <u>Search Warrants                                                          </u>
<u>                                                                                                                                                     </u>

Status of claimed related pending case:  <u>Search warrants executed 2/9/2012                       </u>
<u>                                                                                                                                                     </u>

State reasons the new case is claimed to be related to a pending case(s):  <u> Same affidavit, facts,</u>
<u>and individuals involved                                                                                                             </u>

<u>Martha A. Paluch                      </u>          <u> Plaintiff                                                                     </u>
Attorney                                                    Party

<u>February 10, 2012</u>
Date

(Rev. 11/04)