IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   12-mc-0032

IN RE: All funds in accts attached to debit card no. 4024112005670341 in name of Hernan Gastelum at Bank of Amer., 3505 E. Imperial Hwy, Lynwood, CA
_____

**NOTICE**
_____

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby gives notice to the Clerk of Court that Civil Seizure Warrant No. 12-mc-0032 may be closed without further action.  In support, the United States states:

Miscellaneous Case No. 12-mc-0032 was assigned to a civil seizure warrant requested by the United States on February 10, 2012.  However, prior to the warrant being presented to and signed by Magistrate Judge Boyd N. Boland, the United States discovered that the debit card for which the warrant was sought, had expired.  As a result, Civil Seizure Warrant No. 12-mc-0032 was never issued, and can therefore be closed without further action.

DATED this 16th day of February, 2012.

                                               Respectfully submitted,

                                               JOHN F. WALSH
                                               United States Attorney

                                         By: s/ Martha A. Paluch
                                               Assistant United States Attorney
                                               1225 Seventeenth Street, Ste. 700
                                               Denver, Colorado 80202
                                               Telephone: (303) 454-0100
                                               E-mail: martha.paluch@usdoj.gov